UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED
MAY 17 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | § Criminal No. |
| | § |
| GERARDO GOMEZ-SOLIS | §    M-22-815 |
| LUIS ALBERTO IRACHETA | § |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GERARDO GOMEZ-SOLIS**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(1).

### Count Two

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GERARDO GOMEZ-SOLIS**

did knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GERARDO GOMEZ-SOLIS**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Four

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**GERARDO GOMEZ-SOLIS**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 6 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## Count Five

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## LUIS ALBERTO IRACHETA

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count Six

On or about September 2, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

## LUIS ALBERTO IRACHETA

did knowingly and intentionally obstruct, delay, affect, and attempt to obstruct delay and affect in any way and degree commerce and the movement of articles and commodities in commerce by robbery, as those terms are defined in Title 18, United States Code, Section 1951; that is, Defendant attempted to obtain property, to wit, drugs and money held at G&G Autoshop.

In violation of Title 18, United States Code, Section 1951.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY